TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal  (NL-1451)
1114 Avenue of the Americas
New York, NY  10036
(212) 997-4400
Attorneys for Plaintiff One Communications Corp.

RECEIVED JUN 0 8 2007 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STOCKHOLDER REPRESENTATIVE COMMITTEE, on behalf of certain former stockholders of Lightship Holding, Inc.<br><br>    Plaintiff,<br><br>- v. -<br><br>ONE COMMUNICATIONS CORP., successor in interest to CTC COMMUNICATIONS GROUP, INC.,<br><br>    Defendant,<br><br>- and -<br><br>MELLON INVESTOR SERVICES, LLC,<br><br>    Nominal Defendant. | '07 CIV 5440<br><br>**RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant One Communications Corp., as successor in interest to CTC Communications Group, Inc. and CTC Acquisition Corp. (private non-governmental parties), certifies that no publicly held corporation owns 10% or more of the capital stock of One

Communications Corp., or any of its affiliates and/or

subsidiaries.

Dated:     New York, NY
           June 8, 2007

                        TEITLER & TEITLER

              By  _____
                        John M. Teitler (JT-3111)
                        Nicholas W. Lobenthal (NL-1451)

                      1114 Avenue of the Americas
                      New York, NY 10036
                      Telephone (212) 997-4400
                      Attorneys for Plaintiff
                      One Communications Corp.