TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal  (NL-1451)
1114 Avenue of the Americas
New York, NY  10036
(212) 997-4400
Attorneys for Defendant One Communications Corp.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
STOCKHOLDER REPRESENTATIVE COMMITTEE,   :
on behalf of certain former             :
stockholders of Lightship               :
Holding, Inc.,                          :
                                        :
               Plaintiff,               :     07 CIV 5440
                                        :
      -v-                               :
                                        :
ONE COMMUNICATIONS CORP., as successor  :
in interest to CTC COMMUNICATIONS       :     **AFFIDAVIT OF SERVICE**
GROUP, INC.,                            :
                                        :
               Defendant,               :
                                        :
      -and-                             :
                                        :
MELLON INVESTOR SERVICES, LLC,          :
                                        :
               Nominal Defendant.       :
------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

     I, Charles F. Mon, being duly sworn, depose and say: I am not a party to this action, am over the age of 18 and reside at 108-24 71st Avenue, Forest Hills, NY 11375.  I am a licensed process server license No. 0921878.

     On June 8, 2007, at approximately 12:32 P.M., I served the within Notice of Removal and Rule 7.1 Disclosure Statement on Mellon Investor Services LLC, Kelley Drye & Warren, LLP, 101 Park

Avenue, 32nd Floor, New York, NY 10178, by delivering a true copy thereof to Seunghwan Kim, Managing Counsel. Mr. Kim is an Asian male, black hair, approx. 39 years old, 5'8", 175lbs.

_____
                                                              Charles F. Mon

Sworn to before me this
11th day of June, 2007

_____
   NOTARY PUBLIC

LAUREN PRUZAN GAYNOR
Notary Public, State of New York
No. 02GA6045759
Qualified in New York County
Commission Expires July 31, 2010