TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal  (NL-1451)
1114 Avenue of the Americas
New York, NY  10036
(212) 997-4400
Attorneys for Defendant One Communications Corp.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
STOCKHOLDER REPRESENTATIVE COMMITTEE,    :
on behalf of certain former             :
stockholders of Lightship                :
Holding, Inc.,                           :
                                         :
                    Plaintiff,          :    07 CIV 5440
                                         :
         -v-                             :
                                         :
ONE COMMUNICATIONS CORP., as successor   :
in interest to CTC COMMUNICATIONS        :    **<u>AFFIDAVIT OF SERVICE</u>**
GROUP, INC.,                             :
                                         :
                    Defendant,          :
                                         :
         -and-                           :
                                         :
MELLON INVESTOR SERVICES, LLC,           :
                                         :
                    Nominal Defendant.  :
------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

        I, Charles F. Mon, being duly sworn, depose and say:
I am not a party to this action, am over the age of 18 and reside
at 108-24 71st Avenue, Forest Hills, NY 11375.  I am a licensed
process server license No. 0921878.

        On June 8, 2007, at approximately 1:40 P.M., I served
the within NOTICE OF REMOVAL AND RULE 7.1 DISCLOSURE STATEMENT on the
STOCKHOLDER REPRESENTATIVE COMMITTEE, Robinson & McDonald LLP, 61
Broadway, Suite 1415, New York, New York 10006, by delivering

a true copy thereof to Carmen Sica, Secretary to Jayne Robinson,
Esq.   Ms. Sica is Caucasian female, brown hair, approx. 50 years
old, 5'5", 155lbs.

Charles F. Mon

Sworn to before me this
11th day of June, 2007

NOTARY PUBLIC

LAUREN PRUZAN GAYNOR
Notary Public, State of New York
No. 02GA6045759
Qualified in New York County
Commission Expires July 31 2010