USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2007

TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

Attorneys for Defendant One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STOCKHOLDER REPRESENTATIVE COMMITTEE,
on behalf of certain former stockholders of Lightship
Holding, Inc.,

          Plaintiff,

-v-

ONE COMMUNICATIONS CORP., as successor
in interest to CTC COMMUNICATIONS
GROUP, INC.,

          Defendant,

-and-

MELLON INVESTOR SERVICES, LLC,

          Nominal Defendant.
-----------------------------------------------------------------x

Civil Action No. 07 Civ. 5440 (LTS)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

1.     The time period for Defendant One Communications Corp. to answer, move or otherwise respond to the Complaint shall be extended to ~~August~~ September 15, 2007.

2.     The time period for Plaintiff to respond to the answer, motion or other response of Defendant One Communications Corp. to the Complaint shall be extended to

October 15, 2007.

Dated: New York, NY
June 8, 2007

TEITLER & TEITLER

By _____
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400
Facsimile (212) 997-4949

Of Counsel:

Mark S. Resnick, Esq.
Fee, Rosse P.C.
Old City Hall
45 School Street
Boston, MA 02108

Attorneys for Defendant
One Communications Corp.

ROBINSON & MCDONALD LLP

By _____
Jayne S. Robinson (JR-5781)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for Plaintiff Stockholder
Representative Committee on behalf of certain
former stockholders of Lightship Holding, Inc.

SO ORDERED:

_____ 6/15/2007
U.S.D.J.