TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal  (NL-1451)
1114 Avenue of the Americas
New York, NY  10036
(212) 997-4400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
STOCKHOLDER REPRESENTATIVE COMMITTEE,      :
on behalf of certain former                :
stockholders of Lightship                  :
Holding, Inc.,                             :
                                           :
                 Plaintiff,                :
                                           :   No.07 CIV 5440 (LTS)
                                           :
         -v-                               :   **SUBMISSION PURSUANT**
                                           :   **TO INITIAL**
ONE COMMUNICATIONS CORP., as successor     :   **CONFERENCE ORDER**
in interest to CTC COMMUNICATIONS          :
GROUP, INC.,                               :
                                           :
                 Defendant,                :
                                           :
         -and-                             :
                                           :
MELLON INVESTOR SERVICES, LLC,             :
                                           :
                 Nominal Defendant.        :
------------------------------------------x

     Defendant One Communications Corp., by its attorneys Teitler & Teitler, respectfully responds to Paragraph 3[a] of the Initial Conference Order as follows:

     Nominal Defendant Mellon Investor Services LLC ("Mellon") is denominated a "Nominal Defendant" in the caption of the removed State Court Complaint.

     Paragraph 1 of the State Court Complaint describes Mellon as the "escrow agent". As such, the consent of Mellon to the removal is not required.

Dated: New York, New York
       June 28, 2007

        TEITLER & TEITLER


By: _____
  John M. Teitler (JT-3111)
  Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 997-4400
Facsimile (212) 997-4949
Jmteitler@teitler.com
Nwlobenthal@teitler.com


Attorneys for Defendant
One Communications Corp.

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing Response of One Communications to Paragraph 3[a] of the Initial Conference Order on June 29, 2007, by U.S. Mail, postage prepaid and properly addressed to the below parties unable to receive electronic filings:

Counsel for Plaintiff:

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Attorneys for Plaintiff
Stockholder Representative Committee, on behalf of certain former stockholders of Lightship Holding, Inc.

Counsel for Nominal Defendant:

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
Attorneys for Nominal Defendant
Mellon Investor Services LLC

By: *Mary Beth Pelzer*
Mary Beth Pelzer

MP8048