UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STOCKHOLDER REPRESENTATIVE COMMITTEE, on behalf of certain former stockholders of Lightship Holding, Inc.,<br><br>Plaintiff,<br><br>-against-<br><br>ONE COMMUNICATIONS CORP., as successor in interest to CTC COMMUNICATIONS GROUP, INC.,<br><br>Defendant,<br><br>-and-<br><br>MELLON INVESTOR SERVICES, LLC<br><br>Nominal Defendant. | Civil Action No. 07 Civ. 5440<br>(Judge Laura T. Swain)<br>(Magistrate Judge Peck)<br><br>**DISCLOSURE STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Nominal Defendant Mellon Investor Services LLC ("Mellon") certifies that Mellon Investor Services Holdings LLC ("Mellon Holdings") owns 10% or more of the capital stock of Mellon and that The Bank of New York Mellon Corporation, a publicly held corporation, owns 10% or more of Mellon Holdings.

Dated: New York, New York
    July 2, 2007

                       KELLEY DRYE & WARREN LLP

                        By:_____
                         Nicholas J. Panarella (NP 2890)
                        101 Park Avenue
                        New York, NY 10178
                        (212) 808-7800

                        Attorneys for Nominal Defendant Mellon Investor Services LLC