**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing Notice of Reassignment on July 5, 2007, by U.S. Mail, postage prepaid and properly addressed to the below parties unable to receive electronic filings:

Counsel for Plaintiff:

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Attorneys for Plaintiff
Stockholder Representative Committee, on behalf of certain former stockholders of Lightship Holding, Inc.

Counsel for Nominal Defendant:

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
Attorneys for Nominal Defendant
Mellon Investor Services LLC

By: /s/ Lauren Pruzan Gaynor
Lauren Pruzan Gaynor

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

------------------------------------X
STOCKHOLDER REPRESENTATIVE

V.

ONE COMMUNICATIONS

ASSIGNMENT OF A
CIVIL CASE AS
RELATED
07-CV-5440

------------------------------------X

Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

**JUDGE SWAIN**

All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

**Dated:** 6/27/07

By:   **JULIAANN SCHEIB**
Deputy Clerk

cc: Attorneys of Record

PS REASSIGNMENT FORM

Data Quality Control

Revised: March 9, 2001