```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 5 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STOCKHOLDER REPRESENTATIVE COMMITTEE, on behalf of certain former stockholders of Lightship Holding, Inc.,

Plaintiff,

-against-

ONE COMMUNICATIONS CORP., as successor in interest to CTC COMMUNICATIONS GROUP, INC.,

Defendant,

-and-

MELLON INVESTOR SERVICES, LLC

Nominal Defendant.

Civil Action No. 07 Civ. 5440

(Judge Laura T. Swain)
(Magistrate Judge Peck)

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Stockholder Representative Committee, on behalf of certain former stockholders of Lightship Holding, Inc. ("Plaintiff") and Nominal Defendant Mellon Investor Services, LLC ("Mellon") as follows:

1.  The time period for Mellon to answer, move or otherwise respond to the Complaint shall be extended to September 15, 2007.

2.  The time period for Plaintiff to respond to the answer, motion or other response to the Complaint of Mellon shall be extended to November 15, 2007.

Dated: New York, New York
       June 28, 2007

ROBINSON & MCDONALD LLP

By: _____
    Jayne S. Robinson (JL 5981)
61 Broadway, Suite 1415
New York, NY 10006
(212) 953-3400
(212) 953-3690 fax

Attorneys for Plaintiff Stockholder
Representative Committee

KELLEY DRYE & WARREN LLP

By: _____
    Nicholas J. Panarella (NP 2890)
101 Park Avenue
New York, NY 10178
(212) 808-7800
(212) 808-7897 fax

Attorneys for Nominal Defendant Mellon
Investor Services, LLC

SO ORDERED

_____ 7/5/2007
United States District Court Judge