**ROBINSON & McDONALD LLP**
61 Broadway
NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3888



July 23, 2007

By Hand

Re:  Stockholder Representative Committee
     v. One Communications Corp., et al.
     Civil Action No. 07 Civ. 5440

     One Communications Corp. v.
     J.P. Morgan SBIC LLC, et al.
     Civil Action No. 07 Civ. 3905

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Dear Judge Swain:

      We represent plaintiff Stockholder Representative Committee in the above-referenced action No. 07 Civ. 5440 (the "SRC Action"), and defendants J.P. Morgan SBIC LLC and Sixty Wall Street SBIC Fund, LP in the above-referenced action No. 07 Civ. 3905 (the "One Communications Action"), which are before Your Honor as related cases.

      We write with the consent of all defendants in the One Communications Action, and without opposition by One Communications Corp. (a party in both Actions), to request an adjournment of the pre-trial conferences scheduled in both Actions for August 30, 2007, pending resolution of dispositive motions to dismiss that are contemplated to be made in both Actions. Your Honor has previously "so ordered" stipulations among the parties extending the time to answer, move or otherwise respond to the complaints in both Actions to September 15, 2007.

      Our clients and other defendants in the One Communications Action contemplate moving to dismiss the complaint, which motion, if granted, may moot that Action as to any remaining defendants. We are informed that defendant One Communications Corp. in the SRC Action also contemplates moving to dismiss, which motion, if granted, would similarly moot that Action as to the remaining nominal defendant. The need for a pre-trial conference at all, or the parties remaining in the Actions and the scope of the issues to be addressed at a pre-trial conference, if necessary, will all be affected by resolution of the motions to dismiss.

Honorable Laura Taylor Swain     -2-     July 23, 2007

       Accordingly, we respectfully request that the August 30, 2007 pre-trial conferences in both Actions be adjourned pending resolution of the contemplated motions to dismiss.

       Respectfully yours,

       Jayne S. Robinson

cc (by email):

Mark S. Resnick, Esq.  
The Resnick Law Group PC  
Old City Hall  
45 School Street  
Boston, Massachusetts 02108  
Attorneys for One Communications Corp.

John M. Teitler, Esq.  
Nicholas W. Lobenthal, Esq.  
Teitler & Teitler  
1114 Avenue of the Americas  
New York, New York 100036  
Attorneys for One Communications Corp.

Paul E. Summit, Esq.  
Sullivan & Worcester  
One Post Office Square  
Boston, Massachusetts 02109  
Attorneys for The Megunticook Fund II, L.P. and The Megunticook Side Fund II, L.P.

David B. Mack, Esq.  
O'Connor, Carnathan and Mack LLC  
8 New England Executive Park, Suite 310  
Burlington, Massachusetts 01803  
Attorneys for Kevin O'Hare and Jeffrey Koester

Scott H. Angstreich, Esq.  
Kellogg, Huber, Hansen, Todd & Evans & Figel, PLLC  
1615 M Street, N.W.  
Washington, D.C. 20036  
Attorneys for Verizon New England, Inc.

Nicholas J. Panarella, Esq.  
Kelley Drye & Warren  
101 Park Avenue  
New York, New York 10178  
Attorneys for Mellon Investor Services LLC

*The conference is adjourned to December 14, 2007 at 11:00AM.*

**SO ORDERED.**

7/24/2007  
LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE