**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing Answer with Jury Demand, Counterclaim and Third Party Complaint on September 17, 2007, by Facsimile and U.S. Mail, postage prepaid and properly addressed to the below parties unable to receive electronic filings:

Counsel for Plaintiff:

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Attorneys for Plaintiff
Stockholder Representative Committee, on behalf of certain former stockholders of Lightship Holding, Inc.

By: _____
Lauren Pruzan Gaynor