UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Stockholder Representative Committee, on behalf of
certain former stockholders of Lightship Holding, Inc.,

          Plaintiff,

-against-

One Communications Corp., as successor in interest to
CTC Communications Group, Inc.,

          Defendant,

-and-

Mellon Investor Services LLC,

          Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

One Communications Corp., as successor in interest to
CTC Communications Group, Inc. and CTC
Communications Acquisition Corp.,

          Counterclaim Plaintiff,

-against-

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund,
L.P., The Megunticook Fund II, L.P., The Megunticook
Side Fund II, L.P., Kevin O'Hare, Jeffrey Koester,
Mellon Investor Services LLC as nominal defendant as
escrow agent and Verizon New England Inc. as
defendant on a declaratory judgment claim,

          Counterclaim Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action
No. 07 Civ. 5440

(Judge Swain)
(Magistrate Judge Peck)

ECF

NOTICE OF
<u>APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the Stockholder Representative Committee, JP Morgan SBIC LLC and Sixty Wall Street SBIC Fund, L.P. in the above-entitled action. All further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

> Jayne S. Robinson, Esq.
> Robinson & McDonald LLP
> 61 Broadway, Suite 1415
> New York, New York 10006
> Tel.: (212) 953-3888
> Fax.: (212) 953-3690

Dated: New York, New York
October 10, 2007

Respectfully submitted,

ROBINSON & McDONALD LLP

By: _____
Jayne S. Robinson (JSR-5981)

61 Broadway, Suite 1415
New York, New York 10022
Tel.: (212) 953-3400
Fax: (212) 953-3690
jayne@robinsonmcdonald.com

TO:   John Michael Teitler, Esq.
      Nicholas W. Lobenthal, Esq.
      Teitler & Teitler
      1114 Avenue of the Americas
      New York, New York 10036
      Facsimile: 212 997-4949
          Counsel for One Communications Corp.

      Mark S. Resnick, Esq.
      The Resnick Law Group, P.C.
      Old City Hall
      45 School Street
      Boston, Massachusetts 02108

-2-

Facsimile: 508 749-6031
    Counsel for One Communications Corp.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Facsimile: 212 808-7897
    Counsel for Mellon Investor Services LLC