AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

## APPEARANCE

Case Number:   07-CV-5440

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Verizon New England Inc.

I certify that I am admitted to practice in this court.

| 10/15/2007 | /s/ William David Sarratt |
|---|---|
| Date | Signature |

| William David Sarratt | WS-1439 |
|---|---|
| Print Name | Bar Number |

1615 M Street, NW, Suite 400
Address

| Washington | DC | 20036 |
|---|---|---|
| City | State | Zip Code |

| (202) 326-7900 | (202) 326-7999 |
|---|---|
| Phone Number | Fax Number |