UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STOCKHOLDER REPRESENTATIVE COMMITTEE, on behalf of certain former stockholders of Lightship Holding, Inc. | |
| Plaintiff, | 07-CV-5440 (LTS) |
| vs. | (Document Electronically Filed) |
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp., | **RULE 7.1 DISCLOSURE STATEMENT OF VERIZON NEW ENGLAND INC.** |
| Defendant, | |
| -and- | |
| Mellon Investor Services LLC, | |
| Nominal Defendant. | |
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp., | |
| Counterlcaim Plaintiff, | |
| vs. | |
| JP MORGAN SBIC LLC, SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., KEVIN O'HARE, JEFFERY KOESTER, MELLON INVESTOR SERVICES, LLC, as nominal defendant as escrow agent, and VERIZON NEW ENGLAND INC. as defendant on a declaratory judgment claim, | |
| Third-Party Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT OF VERIZON NEW ENGLAND INC.

Counterclaim Defendant Verizon New England Inc. files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and hereby declares that it is a wholly owned subsidiary of Verizon Communications Inc., a publicly held corporation. Verizon Communications Inc. does not have a parent company, and no publicly held company has a ten percent or greater interest in it.

                    Respectfully submitted,

By:    /s/ William David Sarratt
        Scott H. Angstreich
        William David Sarratt (WS-1439)
        KELLOGG, HUBER, HANSEN,
          TODD, EVANS & FIGEL, P.L.L.C.
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
        (202) 326-7900

*Attorneys for Verizon New England Inc.*

October 15, 2007