Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Ave
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O'Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | |
|---|---|
| STOCKHOLDER REPRESENTATIVE COMMITTEE, ON BEHALF OF CERTAIN FORMER STOCKHOLDERS OF LIGHTSHIP HOLDING, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> ONE COMMUNICATIONS CORP., AS SUCCESSOR IN INTEREST TO CTC COMMUNICATIONS GROUP, INC., <br> Defendant, <br><br> -and- <br><br> MELLON INVESTOR SERVICES, LLC, <br><br> Nominal Defendant. <br><br> ONE COMMUNICATIONS CORP., AS SUCESSOR IN INTEREST TO CTC COMMUNICATIONS GROUP, INC. AND CTC COMMUNICATIONS ACQUISITION CORP., <br><br> Third Party Plaintiff, <br><br> -v- <br><br> JP MORGAN SBIC LLC., SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND II, L.P., KEVIN O'HARE, JEFFREY KOESTER, MELLON INVESTOR SERVICES, LLC., AS NOMINAL DEFENDANT AS ESCROW AGENT AND VERIZON NEW ENGLAND, INC., AS DEFENDANT ON A DECLARATORY JUDGMENT CLAIM, <br><br> Third Party Defendants. | **CIVIL ACTION** <br> **No. 07 CIV 5440** <br><br><br><br> **October 30, 2007** <br><br><br><br> **APPEARANCE** |

---------------------------------------------------------------------X

{00301280.DOC;}

PLEASE TAKE NOTICE THAT the undersigned hereby appears as counsel in the above entitled action on behalf of the defendants', Kevin O'Hare and Jeffrey Koester.

Dated:  October 30, 2007
       New York, New York

          Respectfully submitted,

          DREIER LLP

          By:_____/s/_____
             Joseph M. Pastore III, Esq. (JP-1717)
             499 Park Avenue
             New York, New York 10022
             (212) 328-6100
             jpastore@dreierllp.com

          *  *  *

          One Landmark Square, 21st Floor
          Stamford, Connecticut 06901

          *Attorney for Defendants*
          *Kevin O'Hare and Jeffrey Koester*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2007 a copy of the foregoing Appearance of Joseph M. Pastore III was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties listed below may access this filing through the Court's system.

**Counsel for Plaintiff:**

| | |
|---|---|
| John Michael Teitler<br>Nicholas W. Lobenthal<br>**Teitler & Teitler**<br>1114 Avenue of the Americas<br>45th Floor<br>New York, NY 10036<br>(212) 997-4400<br>Fax: (212)-997-4949<br>Email: nwlobenthal@teitler.com<br>Email: jmteitler@teitler.com<br><br>Mark D. Resnick<br>**The Resnick Law Group, P.C.**<br>Old City Hall<br>45 School Street<br>Boston, MA 02108<br>(617) 711-8383<br>Fax: (508) 749-6031 | |

**Counsel for Defendants:**

| | |
|---|---|
| Scott H. Angstreich<br>Joseph Solomon Hall<br>Wiliam David Sarratt<br>**Kellogg, Huber, Hansen, Todd & Evans P.L.L.C. (DC)**<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202) 326-7983<br>Fax: (202) 326-7999<br>Email: sangstreich@khht.com<br>Email: jhall@khhte.com | |

{00301280.DOC;}

| | |
|---|---|
| Paul E. Summit, Esq.<br>Ira K. Gross, Esq.<br>**Sullivan & Worcester**<br>One Post Office Square<br>Boston, Massachusetts 02109<br><br>Nicholas J. Panarella, Esq.<br>**Kelley Drye & Warren LLP**<br>101 Park Avenue<br>New York, New York, 10178<br><br>Jayne S. Robinson, Esq.<br>**Robinson & McDonald LLP**<br>101 Park Avenue<br>New York, New York 10006 | |

By: _____/s/_____
Joseph M. Pastore III, Esq.

{00301280.DOC;}