# TEITLER & TEITLER

ATTORNEYS AT LAW

1114 AVENUE OF THE AMERICAS

NEW YORK, NY 10036

(212) 997-4400

SAMUEL L. TEITLER (1906-1986)
SANFORD A. BELL
NICHOLAS W. LOBENTHAL
JOHN M. TEITLER
MICHAEL F. TEITLER
———
JAIME L. WEISS
ALAN S. RABINOWITZ
PAUL D. GETZELS
———
LAUREN PRUZAN GAYNOR
NANCY A. MURPHY
MARY BETH PELZER
BETH-EL TILAHUN

FAX:
(212) 997-4949

November 5, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 6 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel or unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

**BY HAND**

The Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re: *One Communications Corp. v. J.P. Morgan SBIC LLC, et al.*, 07 Civ 3905 (LTS); *Stockholder Representative Committee v. One Communications Corp.*, 07 Civ. 5440

Your Honor:

We represent One Communications Corp. in the above referenced actions. We are writing to request permission in 07 Civ 3905 to file a single consolidated 100 page brief in opposition to the three pending motions to dismiss and to present the parties' proposed briefing schedule as set forth in the attached proposed Stipulation and Order. All defendants have consented to these requests and respectfully request the Court to So Order this Stipulation and Proposed Order.

The reason for the requested increase in the page limit is as follows: On September 17, 2007, One Communications Corp. was served with three motions to dismiss from three groups of defendants: the two Megunticook Defendants, the two J.P. Morgan Defendants and the two Individual Defendants. Each of the three groups of defendants requested and received permission for an enlargement of their page limits. Defendants' briefs presented a combined 138 pages of argument. While we believe that defendants' arguments are meritless, we respectfully request that

TEITLER & TEITLER

The Honorable Laura T. Swain
November 5, 2007
Page 2

the Court allow us sufficient length to set forth why the Complaint meets the pleading requirements to establish the causes of action and why this Court presents the only forum in which this matter can be resolved.

  Rather than file three separate opposition briefs, we believe that the most efficient way to respond to these three coordinated briefs is for One Communications to submit one opposition brief of no more than 100 pages. We respectfully submit that a 100 page limit is appropriate given the combined length of defendants' briefs.

  In addition, the parties have entered into a separate stipulation in 07 Civ. 5440, which acknowledges service and schedules certain responsive pleadings, and respectfully request the Court to So Order this enclosed Stipulation and Proposed Order as well.

Respectfully,

*/s/ Nicholas W. Lobenthal*

Nicholas W. Lobenthal

Enclosures

cc: Mark S. Resnick, Esq.
  (By E-Mail)
  Attached Distribution
  (By E-Mail)

*The Court has endorsed the referenced stipulations. The initial pretrial conference currently scheduled for December 14, 2007, is adjourned to a holding date of March 18, 2008 at 4:30pm.*

SO ORDERED.

_/s/ 11/5/07_
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEITLER & TEITLER

The Honorable Laura T. Swain
November 5, 2007
Page 3

## Distribution List

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Tel: (212) 953-3400
Fax: (212) 953-3690
E-Mail: jayne@robinsonmcdonald.com

    Attorney for JP Morgan SBIC LLC, Sixty Wall Street SBIC
    Fund, L.P. and Stockholder Representative Committee

Ira K. Gross, Esq.
Paul E. Summit, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880
E-Mail: igross@sandw.com
    psummit@sandw.com

    Attorneys for The Megunticook Fund II, L.P., The Megunticook
    Side Fund II, L.P.

Joseph M. Pastore III, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022
Tel: (212) 328-6100
Fax: (212) 328-6101
E-Mail: jpastore@dreierllp.com

David B. Mack, Esq.
Sean Carnathan, Esq.
O'Connor, Carnathan and Mack LLC
8 New England Executive Park
Burlington, MA  01803
Tel:  (781) 359-9005
Fax:  (781) 359-9001
Email: dmack@ocmlaw.net

    Attorneys for Kevin O'Hare and Jeffrey Koester

**TEITLER & TEITLER**

The Honorable Laura T. Swain
November 5, 2007
Page 4


Scott H. Angstreich, Esq.
Joseph Soloman Hall, Esq.
William David Sarratt, Esq.
Kellogg, Huber, Hanson, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7959
Fax: (202) 326-7999
E-Mail: sangstreich@khhte.com
        jhall@khhte.com
        dsarratt@khhte.com

    Attorneys for Verizon New England Inc.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897
E-Mail: npanarella@kelleydrye.com

    Attorneys for Mellon Investor Services LLC