**CERTIFICATE OF SERVICE**

This is to certify that I caused the attached So Ordered letter, dated November 5, 2007, to be served on November 6, 2007 on counsel for all parties in <u>Stockholder Representative Committee v. One Communications Corp.</u>, 07 Civ. 5440, as follows:

Jayne S. Robinson, Esq.(by e-mail)
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Tel: (212) 953-3400
Fax: (212) 953-3690
E-Mail: jayne@robinsonmcdonald.com

 Attorney for JP Morgan SBIC LLC, Sixty Wall Street SBIC
 Fund, L.P. and Stockholder Representative Committee

Ira K. Gross, Esq. (by e-mail)
Paul E. Summit, Esq. (by e-mail)
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880
E-Mail: igross@sandw.com
  psummit@sandw.com

 Attorneys for The Megunticook Fund II, L.P., The Megunticook
 Side Fund II, L.P.

Joseph M. Pastore III, Esq. (by e-mail)
Dreier LLP
499 Park Avenue
New York, New York 10022
Tel: (212) 328-6100
Fax: (212) 328-6101
E-Mail: jpastore@dreierllp.com

David B. Mack, Esq. (by e-mail)
Sean Carnathan, Esq. (by facsimile)
O'Connor, Carnathan and Mack LLC
8 New England Executive Park
Burlington, MA  01803
Tel:  (781) 359-9005
Fax:  (781) 359-9001
Email: dmack@ocmlaw.net

    Attorneys for Kevin O'Hare and Jeffrey Koester


Scott H. Angstreich, Esq. (by e-mail)
Joseph Soloman Hall, Esq. (by e-mail)
William David Sarratt, Esq. (by e-mail)
Kellogg, Huber, Hanson, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7959
Fax: (202) 326-7999
E-Mail: sangstreich@khhte.com
    jhall@khhte.com
    dsarratt@khhte.com

    Attorneys for Verizon New England Inc.

Nicholas J. Panarella, Esq. (by e-mail)
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897
E-Mail: npanarella@kelleydrye.com

    Attorneys for Mellon Investor Services LLC


                    By: _____
                            Lauren Pruzan Gaynor