Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Ave
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O'Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STOCKHOLDER REPRESENTATIVE COMMITTEE,
ON BEHALF OF CERTAIN FORMER STOCKHOLDERS
OF LIGHTSHIP HOLDING, INC.,

                    Plaintiff,

        -v.-

ONE COMMUNICATIONS CORP., AS SUCCESSOR
IN INTEREST TO CTC COMMUNICATIONS GROUP, INC.,
                  Defendant,

        -and-

MELLON INVESTOR SERVICES, LLC,

                  Nominal Defendant.

ONE COMMUNICATIONS CORP., AS SUCESSOR IN
INTEREST TO CTC COMMUNICATIONS GROUP, INC.
AND CTC COMMUNICATIONS ACQUISITION CORP.,

                  Third Party Plaintiff,

        -v-

JP MORGAN SBIC LLC., SIXTY WALL STREET SBIC FUND,
L.P., THE MEGUNTICOOK FUND II, L.P., THE
MEGUNTICOOK SIDE FUND II, L.P., KEVIN O'HARE,
JEFFREY KOESTER, MELLON INVESTOR SERVICES, LLC.,
AS NOMINAL DEFENDANT AS ESCROW AGENT AND
VERIZON NEW ENGLAND, INC., AS DEFENDANT ON A
DECLARATORY JUDGMENT CLAIM,

                  Third Party Defendants.
---------------------------------------------------------------X

CIVIL ACTION
No. 07 CIV 5440

NOVEMBER 9, 2007

MOTION TO
ADMIT COUNSEL
PRO HAC VICE

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Joseph M. Pastore

{00303924.DOC;}                            1

III, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> David B. Mack
> O'Conner, Carnathan and Mack LLC
> 8 New England Executive Park, Suite 310
> Burlington, Massachusetts 01803
> Tel: (781) 359-9001
> Fax: (781) 359-9001
> dmack@ocmlaw.net

Mr. Mack is a member in good standing of the Bar of the Commonwealth of Massachusetts, County of Suffolk. There are no pending disciplinary proceedings against Mr. Mack in any State or Federal Court.

Dated:   November 9, 2007
         New York, New York

                              Respectfully submitted,

                              DREIER LLP

                              By: _____
                              Joseph M. Pastore III, Esq. (JP-1717)
                              499 Park Avenue
                              New York, New York 10022
                              (212) 328-6100
                              jpastore@dreierllp.com

                              * * *
                              One Landmark Square, 20th Floor
                              Stamford, Connecticut 06901
                              (203) 425-9500

                              *Attorney for Defendants*
                              *Kevin O'Hare and Jeffrey Koester*

## CERTIFICATE OF SERVICE

I certify that on November 9, 2007 a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties listed below may access this filing through the Court's system.

### Counsel for Plaintiff:

| | |
|---|---|
| Nicholas W. Lobenthal<br>John Michael Teitler<br>*Representing One Communications Corp.*<br>*as successor in interest to CTC Communications Group, Inc.,*<br>*and CTC Communications Acquisition Corp.*<br>**Teitler & Teitler**<br>1114 Avenue of the Americas<br>45th Floor<br>New York, NY 10036<br>(212) 997-4400<br>Fax: (212)-997-4949<br>Email: nwlobenthal@teitler.com<br>Email: jmteitler@teitler.com<br><br>Mark D. Resnick<br>*Representing One Communications Corp.*<br>*as successor in interest to CTC Communications Group, Inc.,*<br>*and CTC Communications Acquisition Corp.*<br>**The Resnick Law Group, P.C.**<br>Old City Hall<br>45 School Street<br>Boston, MA 02108<br>(617) 711-8383<br>Fax: (508) 749-6031 | |

**Counsel for Defendants:**

| | |
|---|---|
| Scott H. Angstreich<br>Joseph Solomon Hall<br>*Representing Verizon New England as defendants on a Declaratory Judgment Claim*<br>**Kellogg, Huber, Hansen, Todd & Evans P.L.L.C. (DC)**<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202) 326-7983<br>Fax: (202) 326-7999<br>Email: sangstreich@khht.com<br>Email: jhall@khhte.com<br><br>Paul E. Summit, Esq.<br>**Sullivan & Worcester**<br>One Post Office Square<br>Boston, Massachusetts 02109<br>*Attorneys for The Megunticook Fund II, L.P. and the Megunticook Side Fund II, L. P.*<br><br>Nicholas J. Panarella, Esq.<br>**Kelley Drye & Warren LLP**<br>101 Park Avenue<br>New York, New York, 10178<br>*Attorneys for Mellon Investor Services LLC*<br><br>Jayne S. Robinson, Esq.<br>**Robinson & McDonald LLP**<br>61 Broadway<br>New York, New York 10006<br>*Attorneys for J. P. Morgan SBIC LLC & Sixty Wall Street SBIC Fund, L.P.* | |

By: _____
Joseph M. Pastore III, Esq.

Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Ave
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O'Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| STOCKHOLDER REPRESENTATIVE COMMITTEE, ON BEHALF OF CERTAIN FORMER STOCKHOLDERS OF LIGHTSHIP HOLDING, INC., <br><br>  Plaintiff, <br><br> -v.- <br><br> ONE COMMUNICATIONS CORP., AS SUCCESSOR IN INTEREST TO CTC COMMUNICATIONS GROUP, INC., <br>  Defendant, <br><br> -and- <br><br> MELLON INVESTOR SERVICES, LLC, <br><br>  Nominal Defendant. <br><br> ONE COMMUNICATIONS CORP., AS SUCESSOR IN INTEREST TO CTC COMMUNICATIONS GROUP, INC. AND CTC COMMUNICATIONS ACQUISITION CORP., <br><br>  Third Party Plaintiff, <br><br> -v- <br><br> JP MORGAN SBIC LLC., SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND II, L.P., KEVIN O'HARE, JEFFREY KOESTER, MELLON INVESTOR SERVICES, LLC., AS NOMINAL DEFENDANT AS ESCROW AGENT AND VERIZON NEW ENGLAND, INC., AS DEFENDANT ON A DECLARATORY JUDGMENT CLAIM, <br><br>  Third Party Defendants. | **CIVIL ACTION** <br> **No. 07 CIV 5440** <br><br><br><br><br><br> **NOVEMBER 9, 2007** <br><br><br><br><br><br><br><br> **AFFIDAVIT OF JOSEPH M. PASTORE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

-----------------------------------------------------------------x

Joseph M. Pastore III, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at the law firm of Dreier LLP, counsel for Defendants Kevin O' Hare and Jeffery Koester in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to

{00303927.DOC;}

    admit David B. Mack as counsel *pro hac vice* to represent Defendant Kevin O'Hare and Jeffery Koester in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on October 24, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David B. Mack since October of 2006.

4. Mr. Mack is an attorney at O'Connor, Carnathan and Mack LLC in Burlington, Massachusetts.

5. I have found Mr. Mack to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of David B. Mack, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of David B. Mack *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit David B. Mack, *pro hac vice*, to represent Defendants Kevin O'Hare and Jeffery Koester in the above-captioned matter, be granted.

                                                 Respectfully submitted,

                                                 _____

                                                 Joseph M. Pastore III (JP-1717)

Sworn and subscribed to
before me this 9th day
of November, 2007

*[signature]*
Notary Public

        ASENETH WHEELER - RUSSELL
        Notary Public, State of New York
            No. 01WH6092028
          Qualified In Kings County
       Commission Expires May 12, 2011

{00303927.DOC;}

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **January** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

### David B. Mack

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **November** in the year of our Lord **two thousand and seven**.

*MAURA S. DOYLE,* Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Ave
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O'Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
STOCKHOLDER REPRESENTATIVE COMMITTEE, :
ON BEHALF OF CERTAIN FORMER STOCKHOLDERS :
OF LIGHTSHIP HOLDING, INC., :
:
        Plaintiff, :
:  **CIVIL ACTION**
     -v.- :  **No. 07 CIV 5440**
:
ONE COMMUNICATIONS CORP., AS SUCCESSOR :
IN INTEREST TO CTC COMMUNICATIONS GROUP, INC., :
       Defendant, :
:
     -and- :  **NOVEMBER 9, 2007**
:
MELLON INVESTOR SERVICES, LLC, :
:
      Nominal Defendant. :
:
ONE COMMUNICATIONS CORP., AS SUCESSOR IN :
INTEREST TO CTC COMMUNICATIONS GROUP, INC. :  **PROPOSED**
AND CTC COMMUNICATIONS ACQUISITION CORP., :  **ORDER**
:
     Third Party Plaintiff, :
:
    -v- :
:
JP MORGAN SBIC LLC., SIXTY WALL STREET SBIC FUND, :
L.P., THE MEGUNTICOOK FUND II, L.P., THE :
MEGUNTICOOK SIDE FUND II, L.P., KEVIN O'HARE, :
JEFFREY KOESTER, MELLON INVESTOR SERVICES, LLC., :
AS NOMINAL DEFENDANT AS ESCROW AGENT AND :
VERIZON NEW ENGLAND, INC., AS DEFENDANT ON A :
DECLARATORY JUDGMENT CLAIM, :
:
    Third Party Defendants. :
---------------------------------------------------------------------------X

   Upon the Motion of Joseph M. Pastore III attorney for Defendants Kevin O' Hare and Jeffery Koester and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

{00303936.DOC;}

        David B. Mack
        O'Connor, Carnathan and Mack LLC
        8 New England Executive Park, Suite 310
        Burlington, MA 01803
        Tel: (781) 359-9005
        Fax: (781) 359-9001
        dmack@ocmlaw.net

is admitted to practice *pro hac vice* as counsel for Defendants Kevin O'Hare and Jeffrey Koester in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: _____

City, State: _____


                                          _____
                                          United States District/Magistrate Judge