Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Ave
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O'Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

STOCKHOLDER REPRESENTATIVE COMMITTEE,
ON BEHALF OF CERTAIN FORMER STOCKHOLDERS
OF LIGHTSHIP HOLDING, INC.,

      Plaintiff,

-v.-

ONE COMMUNICATIONS CORP., AS SUCCESSOR
IN INTEREST TO CTC COMMUNICATIONS GROUP, INC.,
      Defendant,

-and-

MELLON INVESTOR SERVICES, LLC,

      Nominal Defendant.

ONE COMMUNICATIONS CORP., AS SUCESSOR IN
INTEREST TO CTC COMMUNICATIONS GROUP, INC.
AND CTC COMMUNICATIONS ACQUISITION CORP.,

      Third Party Plaintiff,

-v-

JP MORGAN SBIC LLC., SIXTY WALL STREET SBIC FUND,
L.P., THE MEGUNTICOOK FUND II, L.P., THE
MEGUNTICOOK SIDE FUND II, L.P., KEVIN O'HARE,
JEFFREY KOESTER, MELLON INVESTOR SERVICES, LLC.,
AS NOMINAL DEFENDANT AS ESCROW AGENT AND
VERIZON NEW ENGLAND, INC., AS DEFENDANT ON A
DECLARATORY JUDGMENT CLAIM,

      Third Party Defendants.

---------------------------------------------------------------X

CIVIL ACTION
No. 07 CIV 5440

NOVEMBER 9, 2007

PROPOSED
ORDER

  Upon the Motion of Joseph M. Pastore III attorney for Defendants Kevin O' Hare and Jeffery Koester and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

{00303936.DOC;}

David B. Mack
O'Connor, Carnathan and Mack LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Tel: (781) 359-9005
Fax: (781) 359-9001
dmack@ocmlaw.net

is admitted to practice *pro hac vice* as counsel for Defendants Kevin O'Hare and Jeffrey Koester in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: November 20, 2007

City, State: NY NY

_____
United States District ~~Magistrate~~ Judge

{00303936.DOC;}