Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Ave
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O'Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| STOCKHOLDER REPRESENTATIVE COMMITTEE, ON BEHALF OF CERTAIN FORMER STOCKHOLDERS OF LIGHTSHIP HOLDING, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> ONE COMMUNICATIONS CORP., AS SUCCESSOR IN INTEREST TO CTC COMMUNICATIONS GROUP, INC., <br> Defendant, <br><br> -and- <br><br> MELLON INVESTOR SERVICES, LLC, <br><br> Nominal Defendant. <br><br> ONE COMMUNICATIONS CORP., AS SUCESSOR IN INTEREST TO CTC COMMUNICATIONS GROUP, INC. AND CTC COMMUNICATIONS ACQUISITION CORP., <br><br> Third Party Plaintiff, <br><br> -v- <br><br> JP MORGAN SBIC LLC., SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND II, L.P., KEVIN O'HARE, JEFFREY KOESTER, MELLON INVESTOR SERVICES, LLC., AS NOMINAL DEFENDANT AS ESCROW AGENT AND VERIZON NEW ENGLAND, INC., AS DEFENDANT ON A DECLARATORY JUDGMENT CLAIM, <br><br> Third Party Defendants. | CIVIL ACTION <br> No. 07 CIV 5440 <br><br><br><br><br> NOVEMBER 9, 2007 <br><br><br><br><br><br> ~~PROPOSED~~ <br> ORDER |

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 9 2007

Upon the Motion of Joseph M. Pastore III attorney for Defendants Kevin O' Hare and Jeffery Koester and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

{00303935.DOC;}

>Sean Terrance Carnathan
>O'Connor, Carnathan and Mack LLC
>8 New England Executive Park, Suite 310
>Burlington, MA 01803
>Tel: (781) 359-9005
>Fax: (781) 359-9001
>scarnathan@ocmlaw.net

is admitted to practice *pro hac vice* as counsel for Defendants Kevin O'Hare and Jeffrey Koester in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: November 19 2007

City, State: N Y

_____
United States District/~~Magistrate~~ Judge

{00303935.DOC;}